# United States District Court
## Northern District of Illinois
### Eastern Division

Todd Dyer                            **JUDGMENT IN A CIVIL CASE**

         v.                                         Case Number: 04 C 8001

Graber

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's motion for a rule to show cause is denied. Respondent's motion to dismiss is granted. Case terminated.

                                         Michael W. Dobbins, Clerk of Court

Date: 9/12/2005                     /s/ Rhonda Johnson, Deputy Clerk